IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **LARRY HERNANDEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:21-cv-00548 |
| | § | |
| **Home Depot U.S.A., INC.,** | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Larry Hernandez, Defendant Georgia-Pacific Wood Products LLC, and Defendant Home Depot U.S.A., Inc.—the only parties that have appeared in this action—hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all claims asserted by and between Plaintiff, Georgia-Pacific Wood Products LLC and Home Depot U.S.A., Inc. be dismissed with prejudice with each party bearing its own attorneys' fees and costs of court.

Dated: April 15, 2022

Respectfully submitted,

| | |
|---|---|
| By: /s/ *William B. Thomas* | By: */s/ Joseph R. Corteguera* |
| David T. McDowell | Joseph R. Corteguera |
| State Bar No. 00791222 | State Bar No. 00787291 |
| SDTX No 18464 | Fed. No. 28249 |
| William B. Thomas | Richard Jason Nava |
| State Bar No. 24083965 | State Bar No. 24083552 |
| SDTX No. 2137893 | SDTX No. 3124096 |
| 1001 Fannin Street, Suite 2700 | NAVA LAW GROUP, P.C. |
| Houston, Texas 77002 | 4909 Bissonnet Street, Suite 100 |
| Telephone: (713) 337-5580 | Bellaire, Texas 77401 |
| Facsimile: (713) 337-8850 | Telephone: (713) 661-9900 |
| Email: David.mcdowell@mhllp.com | Facsimile: (713) 666-5922 |
| Email: William.thomas@mhllp.com | Email: eservicerjn@navalawgroup.com |
| | |
| **Attorneys for Defendants Georgia-Pacific Wood Products LLC and Home Depot U.S.A., Inc.** | **Attorneys for Plaintiff Larry Hernandez** |